### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

LESLIE RAYMOND,                              )
                                             )
                Plaintiff,                   )
v.                                           )        Case No.
                                             )
THOMAS INDUSTRIAL COATINGS, INC.             )
                                             )
                Defendant.                   )

### NOTICE OF REMOVAL

COME NOW Defendant Thomas Industrial Coatings, Inc. ("Thomas Industrial"), by and through its undersigned counsel, and for its Notice of Removal in the above-captioned cause of action, states as follows:

1.      This case is removable pursuant to 28 U.S.C. § 1441(b) because it is between citizens of different states and the amount in controversy exceeds the jurisdictional amount of $75,000.

2.      The plaintiff is an Illinois citizen.  See Petition attached hereto as **Exhibit 1**, at ¶ 1.

3.      The Petition alleges that Defendant Thomas Industrial is a Missouri corporation headquartered in the State of Missouri.  Ex. 1 at ¶ 2.

4.      Moreover, Defendant Thomas Industrial has provided a Declaration (**Exhibit 2**) which confirms that  it is incorporated in the State of Missouri, and has its headquarters in the State of Missouri.  Ex. 2 at ¶ 2-3.

5.      Thus, pursuant to 28 U.S.C. § 1332(c)(1), Defendant Thomas Industrial is a citizen of the State of Missouri.

6.      Accordingly, there is complete diversity of citizenship between the parties.

1

7.      Although Plaintiff's Petition does not state a specific amount of money that she is seeking, it seeks compensatory and punitive damages, costs, and reasonable attorney's fees.

8.      In addition, Plaintiff filed a Supreme Court Rule 222(b) Affidavit (**Exhibit 3**) that the damages she seeks are in excess of $50,000.

9.      Under Seventh Circuit precedent, the defendant must only allege facts in the Notice of Removal which, if proved by a preponderance of the evidence, give rise to the legal conclusion that the jurisdictional amount is satisfied. *Meridian Sec. Ins. So. V. Sadowski*, 441 F.3d 536, 541 (7th Cir. 2006).

10.     The Summons, Complaint, and Supreme Court Rule 222(b) Affidavit constitute all process, pleadings, and orders served on Defendant Thomas Industrial as of the date of this Notice of Removal.  In accordance with 28 U.S.C. § 1446(a), a copy of all papers and pleadings that have been filed and served in the state court action are attached to this Notice of Removal as **Exhibit 4**.

11.     In accordance with 28 U.S.C. § 1446(d), Defendant will file a Notice of Filing of Notice of Removal in the Madison County, Illinois Circuit Court with a copy of this Notice of Removal attached as an exhibit thereto.  A copy of the Notice of Filing of Notice of Removal is attached hereto as **Exhibit 5**.  Both the Notice of Removal and the Notice of Filing of Notice of Removal will also be served upon counsel for Plaintiff.

WHEREFORE, Defendant  Thomas Industrial respectfully requests the Court to remove this case from the Circuit Court of Madison County, Illinois to this Court, to enter Judgment in its favor, and against Plaintiff on all claims set forth in her Petition, for an award of costs in its favor, and for such other and further relief as the Court deems just and appropriate.

McCARTHY, LEONARD, KAEMMERER, L.C.


By:      /s/ Brian E. McGovern
         Brian E. McGovern, #6271815
         bmcgovern@mlklaw.com
         825 Maryville Centre Dr., Ste. 300
         St. Louis, Missouri 63017
         (314) 392-5200
         (314) 392-5221 (Fax)

         Attorneys for Defendant Thomas Industrial

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th  day of July, 2020, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon the parties.


                                        /s/ Brian E. McGovern